**HCDistrictclerk.com**   CHOWDHURY, RAJIB vs. SLATTERY, DANIEL      7/11/2016
Cause: 201627634      CDI: 7      Court: 281

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 4/28/2016 | | |
| **Case (Cause) Location** | Civil Intake 1st Floor | | |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Motor Vehicle Accident | | |
| **Next/Last Setting Date** | N/A | | |
| **Jury Fee Paid Date** | 4/28/2016 | | |

### COURT DETAILS

| | |
|---|---|
| **Court** | 281st |
| **Address** | 201 CAROLINE (Floor: 14) HOUSTON, TX 77002 Phone:7133686430 |
| **JudgeName** | SYLVIA A. MATTHEWS |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| CHOWDHURY, RAJIB | PLAINTIFF - CIVIL | | STERN, JEFFREY M. |
| 4909 BISSONNET, BELLAIRE, TX 77401 | | | |
| SLATTERY, DANIEL | DEFENDANT - CIVIL | | |
| 1 GOLF DR., DEERFIELD, WI 53531 | | | |
| BCP TRANSPORTATION INC | DEFENDANT - CIVIL | | |
| 1 GOLF DR.,, DEERFIELD, WI 53531 | | | |
| SLATTERY, DANIEL MAY BE SERVED BY AND THROUGH THE TEXAS | REGISTERED AGENT | | |
| 1 GOLF DR, DEEFIELD, WI 53531 | | | |

BCP TRANSPORTATION INC MAY BE SERVED BY   REGISTERED AGENT
AND THROUGH THE TEXAS

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 4/28/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 4/28/2016 | ORIGINAL PETITION | | | 0 | | STERN, JEFFREY M. | CHOWDHURY, RAJIB |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | SLATTERY, DANIEL MAY BE SERVED BY AND THROUGH THE TEXAS | 4/28/2016 | 6/2/2016 | 6/20/2016 | 6/30/2016 | | 73253298 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | BCP TRANSPORTATION INC MAY BE SERVED BY AND THROUGH THE TEXAS | 4/28/2016 | 6/2/2016 | 6/20/2016 | 6/30/2016 | | 73253299 | CIV AGCY-CIVILIAN SERVICE AGENCY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 70912327 | CITATION (Slattery, Daniel May be served By and through the texas | | 06/30/2016 | 3 |
| 70912328 | Citation - (Secretary of State Non-Resident) BCP Transportation | | 06/30/2016 | 3 |
| 70626564 | Civil Process Pick-Up Form | | 06/13/2016 | 1 |
| 70008278 | PLAINTIFFS ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE | | 04/28/2016 | 6 |
| ·> 70008279 | CIVIL CASE INFORMATION SHEET | | 04/28/2016 | 1 |
| ·> 70008280 | CIVIL PROCESS REQUEST | | 04/28/2016 | 1 |
| ·> 70008281 | COVER LETTER | | 04/28/2016 | 1 |

4/28/2016 3:50:41 PM
Chris Daniel - District Clerk Harris County
Envelope No. 10363977
By: Monica Ovalle
Filed: 4/28/2016 3:50:41 PM

## 2016-27634 / Court: 281
### CAUSE NO. _____

| | | |
|---|---|---|
| RAJIB CHOWDHURY | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, T E X A S |
| | § | |
| DANIEL SLATTERY and | § | |
| BCP TRANSPORTATION, INC. | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RAJIB CHOWDHURY, Plaintiff in the above entitled and numbered cause, complaining of and against DANIEL SLATTERY and BCP TRANSPORTATION, INC., Defendants herein, and for causes of action would respectfully show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.0    Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

### II.
### PARTIES

2.0    Plaintiff is a resident of Harris County, Texas.

2.1    Defendant, DANIEL SLATTERY is an individual residing in the State of Wisconsin, who, pursuant to the provisions of Section 17.061, et seq., Texas Civil Practice and Remedies Code, and §17.041, et seq., the Texas Long-Arm Statute, may be served by and through the Texas Transportation Commission, 125 East 11th Street, Austin, Texas 78701-2483, via certified mail, return receipt requested, who shall then forward the citation and petition to Defendant, may be served by and through his last known address: 1 Golf Dr., Deerfield, WI 53531, or wherever he

may be found.

2.2     Defendant, **BCP TRANSPORTATION, INC.**, an entity doing business in Harris County, Texas and pursuant to the provisions of Section 17.061, et seq., Texas Civil Practice and Remedies Code, and §17.041, et seq., the Texas Long-Arm Statute, may be served by and through the Secretary of State, who shall then forward the Original Petition and Citation to Defendant, **BCP TRANSPORTATION, INC.**, addressed to serve with process herein by serving its Registered Agent, Nancy T. Spelsberg, 1 Golf Dr., Deerfield, WI  53531, or wherever he may be found.

### III.
### JURISDICTION & VENUE

3.0     Venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq.* because all or a substantial part of the events or omissions giving rise to the claims arose in Harris County, Texas.  This Court has jurisdiction over the parties and subject matter hereof.  The amount in controversy exceeds the minimum jurisdictional limits of this Court.

### IV.
### FACTS

4.0     On or about February 3, 2016, September 29, 2013, Plaintiff was lawfully driving a 2012 Toyota Corolla, traveling southbound in the 12000 block of the North Freeway, located in Harris County, Texas.  At the time in question, Defendant **DANIEL SLATTERY** was driving a 2016 Freightliner Tractor Trailer, traveling northbound in the 12000 block of the North Freeway. Defendant disregarded the stop and go signal, striking Plaintiff's vehicle.

4.1     At such time, Defendant **DANIEL SLATTERY** was working in the course and scope of his employment with **BCP TRANSPORTATION, INC.**

### V.
### NEGLIGENCE OF DEFENDANTS

### A.  DANIEL SLATTERY

5.0    At the time of the accident made the basis of this suit, Defendant, **DANIEL SLATTERY** was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

      1.      In failing to keep a proper lookout;

      2.      In failing to yield;

      3.      Disregarding a stop and go signal; and

      4.      In failing to operate the vehicle in a reasonable and prudent manner.

5.1    Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by the Plaintiff. Additionally, Defendant's acts or omissions in violating the Texas Transportation Code as listed above constitute negligence per se.

**B. BCP TRANSPORTATION, INC.**

5.2    The above-described collision was proximately caused by the negligence of Defendant **BCP TRANSPORTATION, INC.** as a result of its negligent entrustment of the subject vehicle to Defendant **DANIEL SLATTERY** when it knew or should have known that he was not a safe driver.

5.3    Defendant **DANIEL SLATTERY** was an agent and/or servant of Defendant **BCP TRANSPORTATION, INC.** As such, Defendant **BCP TRANSPORTATION, INC.** is responsible for the conduct of Defendant **DANIEL SLATTERY** due to the master-servant relationship which existed, and under the doctrine of Respondeat Superior.

**VI.**
**DAMAGES**

6.0    Said elements of damage which Plaintiff seeks to recover from Defendants include compensation for the following:

1.   The physical pain and mental anguish sustained by Plaintiff from date of injury to the time of trial;

2.   The physical pain and mental anguish that Plaintiff will suffer in the future;

3.   Loss of earnings sustained by Plaintiff from date of injury to time of trial;

4.   Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

5.   Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff's injuries from date of injury to time of trial;

6.   Reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiff in the future for treatment of Plaintiff's injuries;

7.   Past and future physical disfigurement; and

8.   Past and future physical impairment;

As such, Plaintiff affirmatively pleads that he seeks monetary relief over $200,000.00 but not more than $1,000,000.00.

## VII.
## REQUEST FOR JURY TRIAL

7.0   Plaintiff requests a jury trial.

## VIII.
## ALTERNATIVE PARAGRAPH NO. 1

8.0   In the alternative, Plaintiff would show that if any injury and/or condition from which he currently suffers was pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## IX.
## ALTERNTIVE PARAGRAPH NO. 2

9.0   In the alternative, Plaintiffs would show that if they suffer from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## X.
## REQUEST FOR DISCLOSURE

10.0    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to disclose, within fifty (50) days of service of this document, the information or material described below. Please serve your responses on counsel representing this Plaintiff, and produce true and correct copies of all documents and other tangible items with your responses, in accordance with Rule 194.4.

10.1    Plaintiff requests disclosure of the following, pursuant to Rules 194.2(a) through 194.2(l):

    (a)    the correct names of the parties to the lawsuit;

    (b)    the name, address, and telephone number of any potential parties;

    (c)    the legal theories and, in general, the factual bases of Defendant's claims or defenses;

    (d)    the amount and any method of calculating economic damages;

    (e)    the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

    (f)    for any testifying expert:

        (1)    the expert's name, address, and telephone number;

        (2)    the subject matter on which the expert will testify;

        (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Defendant, documents reflecting such information;

        (4)    if the expert is retained by, employed by, or otherwise subject to the control of Defendant:

            (A)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

            (B)    the expert's current resume and bibliography;

(g)    any discoverable indemnity and insuring agreements;

(h)    any discoverable settlement agreements;

(i)    any discoverable witness statements;

(j)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k)    in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

(l)    the name, address, and telephone number of any person who may be designated as a responsible third party.

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that these Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recovers from said Defendants, jointly and severally, a sum over $200,000.00 but not more than $1,000,000.00, costs of Court, pre-judgment and post-judgment interest at the legal rate, and demand for judgment for all other relief to which the Plaintiff deemed entitled.

Respectfully submitted,
THE STERN LAW GROUP

JEFFREY M. STERN
SBN: 19175660
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
713/661-9900
743/666-5922 Facsimile
Email: jstern@stern-lawgroup.com

**ATTORNEY FOR PLAINTIFFS**

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy

CAUSE NO. 201627634

| | | |
|---|---|---|
| RECEIPT NO. | 0.00 | CIV |
| ********** | | TR # 73253299 |

PLAINTIFF: CHOWDHURY, RAJIB
vs.
DEFENDANT: SLATTERY, DANIEL

In The    281st
Judicial District Court
of Harris County, Texas
281ST DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: BCP TRANSPORTATION INC MAY BE SERVED BY AND THROUGH THE TEXAS
    SECRETARY OF STATE P O BOX 12079 AUSTIN TEXAS 78711-2079
    OR WHEREVER HE MAY BE FOUND
    FORWARD TO: NANCY T SPELSBERG

    1  GOLF DR   DEERFIELD WI  53531

RECEIVED
SECRETARY OF STATE

JUN 2 0 2016

Service of Process

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 28th day of April, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 2nd day of June, 2016, under my hand and
seal of said Court.

Issued at request of:
STERN, JEFFREY M.
4909 BISSONNET, SUITE 100
BELLAIRE, TX  77401
Tel: (713) 661-9900
Bar No.: 19175660

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA  IKS//10370314

STATE OF _____

County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|-----|------|------|-----|-------|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

TO: BCP TRANSPORTATION INC MAY BE SERVED BY AND THROUGH THE TEXAS
    SECRETARY OF STATE P O BOX 12079 AUSTIN TEXAS 78711-2079
    OR WHEREVER HE MAY BE FOUND
    FORWARD TO: NANCY T SPELSBERG

    1  GOLF DR    DEERFIELD  WI  53531

RECEIVED
SECRETARY OF STATE

JUN 2 0 2016

Service of Process

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 28th day of April, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 2nd day of June, 2016, under my hand and
seal of said Court.



Issued at request of:
STERN, JEFFREY M.
4909 BISSONNET, SUITE 100
BELLAIRE, TX  77401
Tel: (713) 661-9900
Bar No.: 19175660

*Chris Daniel*

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA  IKS//10370314

STATE OF _____

County of _____            OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|------|---|-------|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

_____
Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

267335

N.INT.SECN.P              *73253299*

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

### Secretary of State

June 23, 2016

BCP Transportation Inc
Nancy T Spelsberg
1 Golf Dr
Deerfield, WI 53531

+-------------------------------+
| **2016-267335-1**             |
| Include reference number in   |
| all correspondence            |
+-------------------------------+

RE:  Rajib Chowdhury VS Daniel Slattery and BCP Transportation, Inc.
281st Judicial District Court Of Harris County, Texas
Cause No: 201627634

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt
requested, a copy of process received by the Secretary of State of the State of Texas on June
20, 2016.

CERTIFIED MAIL #71901046470100624602

Refer correspondence to:

Jeffrey M. Stern
The Stern Law Group
4909 Bissonnet St., Suite 100
Bellaire, TX 77401

Sincerely,



Venita Okpegbue
Team Leader, Service of Process
GF/mr
Enclosure

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



7190 1046 4701 0062 4602

**Return Receipt (Electronic)**

2016267335-1

BCP Transportation Inc
Nancy T Spelsberg
1 Golf Dr
Deerfield, WI 53531

CUT / FOLD HERE

6/30/2016 4:38:25 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11431070
By: DAIQURI ROY
Filed: 6/30/2016 4:38:25 PM

CAUSE NO. 201627634

RECEIPT NO.                     0.00        CIV
                *********              TR # 73253298

PLAINTIFF: CHOWDHURY, RAJIB                    In The   281st
     vs.                                       Judicial District Court
DEFENDANT: SLATTERY, DANIEL                    of Harris County, Texas
                                               281ST DISTRICT COURT
                                               Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: SLATTERY, DANIEL MAY BE SERVED BY AND THROUGH THE TEXAS
     TRANSPORTATION COMMISION 125 EAST 11 TH STREET AUSTIN 78701-2483
     OR WHEREVER HE MAY BE FOUND
     FORWARD TO:

     1 GOLF DR   DEEFIELD WI  53531

     Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 28th day of April, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 2nd day of June, 2016, under my hand and
seal of said Court.

Issued at request of:                          _Chris Daniel_
STERN, JEFFREY M.                              CHRIS DANIEL, District Clerk
4909 BISSONNET, SUITE 100                      Harris County, Texas
BELLAIRE, TX  77401                            201 Caroline, Houston, Texas 77002
Tel: (713) 661-9900                            (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 19175660                              Generated By: COLLINS, IRIS TROISHA  IKS//10370314

STATE OF _____

County of _____
                    OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

|      NAME      |     DATE      |     TIME     |    PLACE    |
|                | MONTH | DAY | YEAR | HOUR | MIN |         |
| --- | --- | --- | --- | --- | --- | --- |
|                |       |     |      |      |     |         |
|                |       |     |      |      |     |         |
|                |       |     |      |      |     |         |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                        _____
                                             Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                        _____
                                             Notary Public

N.INT.5ECN.P                    *73253298*

## AMENDED AFFIDAVIT OF SERVICE

State of Texas                     County of Harris                     281st Judicial District Court

Case Number: 201627634

Plaintiff:
RAJIB CHOWDHURY

vs.

Defendant:
DANIEL SLATTERY, ET AL

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 13th day of June, 2016 at 10:53 am to be served on DANIEL SLATTERY BY DELIVERING TO THE TEXAS TRANSPORTAION COMMISION, 125 EAST 11TH STREET, AUSTIN, TRAVIS County, TX 78701.

I, Matt Miller, being duly sworn, depose and say that on the **20th day of June, 2016 at 6:59 am,** I:

delivered a true copy of the **Citation, Plaintiff's Original Petition, Jury Demand and Request for Disclosure** to: **DANIEL SLATTERY BY DELIVERING TO THE TEXAS TRANSPORTAION COMMISION** at the address of: **125 EAST 11TH STREET, AUSTIN, TRAVIS County, TX 78701,** by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server, authorized by the Texas Supreme Court. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Subscribed and Sworn to before me on the 24th day
of June, 2016 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

DOMINICK HAWKINS
Commission #12462987
My Commission Expires
JULY 29, 2019

_____
Matt Miller
SCH-9756      EXP: 6/30/18

THE HAWKINS AGENCY
P. O. Box 2601
Houston, TX 77252-2601
(281) 888-3991

Our Job Serial Number: THA-2016001882
Ref: 40246.21 RAJIB CHOWDHURY (TG)

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

English    Customer Service    USPS Mobile           Register / Sign In

 **USPS.COM**

## USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70160340000974236072

### Product & Tracking Information

| | | | Available Actions |
|---|---|---|---|

Postal Product: First-Class Mail®

Features:
Certified Mail™      Return Receipt

See tracking for related item: 9590940213385285156508

Text Updates

Email Updates

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

| Date | Status | Location |
|---|---|---|
| June 20, 2016 , 6:59 am | Delivered | AUSTIN, TX 78714 |
| June 18, 2016 , 7:58 am | Available for Pickup | AUSTIN, TX 78714 |
| June 18, 2016 , 5:05 am | Arrived at Unit | AUSTIN, TX 78710 |
| June 18, 2016 , 1:59 am | Departed USPS Destination Facility | AUSTIN, TX 78710 |
| June 17, 2016 , 9:41 am | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| June 16, 2016 , 11:30 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| June 16, 2016 , 2:49 pm | Acceptance | HOUSTON, TX 77019 |

### Track Another Package

Tracking (or receipt) number

_____

Track It



Unofficial Copy Office of Chris Daniel District Clerk

6/30/2016 4:36:23 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11430965
By: DAIQURI ROY
Filed: 6/30/2016 4:36:23 PM

CAUSE NO. 201627634

RECEIPT NO.                          0.00      CIV
                    * * * * * * * * *        TR # 73253299

| | |
|---|---|
| PLAINTIFF: CHOWDHURY, RAJIB<br>       vs.<br>DEFENDANT: SLATTERY, DANIEL | In The   281st<br>Judicial District Court<br>of Harris County, Texas<br>281ST DISTRICT COURT<br>Houston, TX |

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: BCP TRANSPORTATION INC MAY BE SERVED BY AND THROUGH THE TEXAS
    SECRETARY OF STATE P O BOX 12079 AUSTIN TEXAS 78711-2079
    OR WHEREVER HE MAY BE FOUND
    FORWARD TO: NANCY T SPELSBERG

    1 GOLF DR   DEERFIELD WI  53531

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 28th day of April, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 2nd day of June, 2016, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
STERN, JEFFREY M.                        Harris County, Texas
4909 BISSONNET, SUITE 100                201 Caroline, Houston, Texas 77002
BELLAIRE, TX  77401                      (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 661-9900
Bar No.: 19175660                        Generated By: COLLINS, IRIS TROISHA  IKS//10370314

STATE OF _____

County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority,
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                    _____
                                          Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                    _____
                                          Notary Public

N.INT.SECN.P                    *73253299*

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Harris | 281st Judicial District Court |

Case Number: 201627634

Plaintiff:
**RAJIB CHOWDHURY**

vs.

Defendant:
**DANIEL SLATTERY, ET AL**

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 13th day of June, 2016 at 10:38 am to be served on BCP TRANSPORTATION INC BY DELIVERING TO THE TEXAS SECRETARY OF STATE, P.O. BOX 12079, AUSTIN, Travis County, TX 74711.

I, Matt Miller, being duly sworn, depose and say that on the 20th day of June, 2016 at 6:04 am, I:

delivered a true copy of the **Citation, Plaintiff's Original Petition, Jury Demand and Request for Disclosure** to: BCP **TRANSPORTATION INC BY DELIVERING TO THE TEXAS SECRETARY OF STATE** at the address of: **P.O. BOX 12079, AUSTIN, TRAVIS County, TX 74711**, by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server, authorized by the Texas Supreme Court. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Subscribed and Sworn to before me on the 24th day
of June, 2016 by the affiant who is personally known
to me.

NOTARY PUBLIC

DOMINICK HAWKINS
Commission #124589973
My Commission Expires
JULY 29, 2019

Matt Miller
SCH-9756        EXP: 6/30/18

**THE HAWKINS AGENCY**
P. O. Box 2601
Houston, TX 77252-2601
(281) 888-3991

Our Job Serial Number: THA-2016001881
Ref: 40246.21 RAJIB CHOWDHURY (TG)

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

**≡USPS.COM**

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70160340000074236126

**Updated Delivery Day: Monday, June 20, 2016**

## Product & Tracking Information

Postal Product:
First-Class Mail®

Features:
Certified Mail™          Return Receipt

See tracking for related item: 9590940213385285155648

| | | |
|---|---|---|
| June 20, 2016 , 5:04 am | Delivered, PO Box | AUSTIN, TX 78711 |
| June 18, 2016 , 11:53 am | Available for Pickup | AUSTIN, TX 78711 |
| June 18, 2016 , 11:01 am | Available for Pickup | AUSTIN, TX 78711 |
| June 18, 2016 , 11:00 am | Sorting Complete | AUSTIN, TX 78711 |
| June 18, 2016 , 10:56 am | Arrived at Unit | AUSTIN, TX 78711 |
| June 18, 2016 , 8:47 am | Departed USPS Facility | AUSTIN, TX 78710 |
| June 17, 2016 , 9:41 am | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| June 16, 2016 , 11:30 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| June 16, 2016 , 2:49 pm | Acceptance | HOUSTON, TX 77019 |

## Available Actions

Text Updates



## Track Another Package

Tracking (or receipt) number

Track It

Cause Number: 2016-27634

| | | |
|---|---|---|
| RAJIB CHOWDHURY | § | IN THE DISTRICT COURT OF |
| | § | |
| VS | § | HARRIS COUNTY, TEXAS |
| | § | |
| DANIEL SLATTERY and | § | |
| BCP TRANSPORTATION, INC. | § | 281ST JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER AND REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DANIEL SLATTERY AND BCP TRANSPORTATION, INC. Defendants in the above-entitled and numbered cause, and files its Original Answer, respectfully showing unto the Court as follows:

### I.

Defendants generally deny the allegations of the petition and thus asserts the privilege of having such allegations proved by a preponderance of the evidence. Defendants will amend this answer as necessary.

### II.

Defendants, DANIEL SLATTERY AND BCP TRANSPORTATION, INC., hereby requests a trial by jury. The applicable jury fee has been tendered to the clerk of the court.

WHEREFORE, PREMISES CONSIDERED, Defendants, DANIEL SLATTERY AND BCP TRANSPORTATION, INC., pray that, upon final hearing hereof, Plaintiff not recover as prayed for in Plaintiff's Original Petition, and for such other and further relief, at law or in equity, as Defendants, DANIEL SLATTERY AND BCP TRANSPORTATION, INC., may show itself justly entitled to receive.

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

Robert L. Ramey
Southern District No. 5535
State Bar No.  16498200
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:  (713) 266-1064
Email: rcqz-eservice@ramey-chandler.com
Attorney for Defendants,
DANIEL SLATTERY and BCP
TRANSPORTATION, INC.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, certified mail, return receipt requested, first class U.S. mail, electronic mail by the clerk of the court, and/or by messenger on the _11²_ day of _July_, 2016.

Robert L. Ramey

Jeffrey M. Stern
The Stern Law Group
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401
(713) 666-5922- fax