# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RAJIB CHOWDHURY, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-02086 |
| | § | |
| DANIEL SLATTERY AND | | |
| BCP TRANSPORTATION, INC., | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' jointly filed stipulation of dismissal (Dkt. 24), the Court dismisses this case with prejudice. All attorneys' fees and costs are taxed against the party incurring same.

Signed at Houston, Texas, on July 14, 2017.

Stephen Wm Smith
United States Magistrate Judge